IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHONTES BUCHANAN and<br>VERONICA TRIMBLE,<br><br>  Plaintiffs,<br>  v.<br><br>SL AMERICA CORP.,<br>SL ALABAMA, LLC and<br>LEE STAFFING, INC.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>) CASE NO. 3:11-CV-283-WKW<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER</u>**

Upon consideration of Defendant SL America Corporation's and SL Alabama, LLC's Unopposed Motion to Set Aside Judgment (Doc. # 35), it is ORDERED that the motion is GRANTED, and that the Order entered on January 30, 2012 (Doc. # 34), is VACATED.  This Order is entered in its place.

It is ORDERED that Plaintiffs' Motion for Entry of Judgment Against Defendants SL Alabama, LLC, and Lee Staffing, Inc. (Doc. # 32) is GRANTED.  The court finds that the terms of Defendants' offer, made pursuant to Rule 68 of the Federal Rules of Civil Procedure, constitute a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. §§ 201–19.

The Clerk of the Court is DIRECTED to enter judgment pursuant to Rule 68 against Defendants SL Alabama, LLC, and Lee Staffing, Inc., in the amount of $900

in favor of Plaintiff Shontes Buchanan, and against Defendants SL Alabama, LLC, and Lee Staffing, Inc., in the amount of $300.00 in favor of Plaintiff Veronica Trimble, plus Plaintiffs' attorney's fees and costs to be determined by the court.

It is further ORDERED that Plaintiffs' action against Defendant SL America Corporation is DISMISSED with prejudice.

It is further ORDERED that counsel for Plaintiffs and Defendants SL Alabama LLC, and Lee Staffing, Inc., shall confer in good faith on before **February 8, 2012**, for the purpose of amicably resolving the amount of reasonable costs and attorney's fees.  If the parties are unable to agree on an amount to be paid, Plaintiffs are permitted to file a bill of costs and a motion for award of attorney's fees on or before **February 13, 2012**.  Plaintiffs are DIRECTED to use the form Bill of Costs (AO 133) (Rev. 8/06).[1]

DONE this 31st day of January, 2012.

                                          /s/ W.  Keith Watkins
                                     CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The form Bill of Costs is available on the court's website at http://www.almd.uscourts.gov.