# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| SHONTES BUCHANAN & VERONICA TRIMBLE,<br><br>  Plaintiffs,<br><br>v.<br><br>SL AMERICA CORPORATION, SL ALABAMA, LLC, & LEE STAFFING, INC.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO:<br>)  3:11-CV-00283-WKW-TFM<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF AMOUNT OF FEES, EXPENSES AND COSTS

Pursuant to the Order entered by the Court on January 31, 2012 (Doc. #36), it is stipulated by and between the parties, and the parties respectfully request, that the amount of fees, expenses and costs in this matter be set at a total of $20,000.

Upon acceptance by the Court, this Stipulation of Amount of Fees, Expenses and Costs shall become an order of the Court.

Dated:     February 13, 2012.

/s/ John J. Coleman, III
John J. Coleman, III
Ronald W. Flowers
Kathryn M. Willis
Ronald S. Williams

1981353 v1

                                        Attorneys for Defendants
                                        SL America Corporation &
                                        SL Alabama, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street
3400 Wells Fargo Tower
Birmingham, Alabama  35203
Telephone:     (205) 251-3000
Facsimile:     (205) 458-5100
jcoleman@burr.com
rflowers@burr.com
kwillis@burr.com
swilliams@burr.com

                                        /s/ John C. Goldfarb
                                        John C. Goldfarb
                                        Daniel E. Arciniegas
                                        L. William Smith
                                        Attorney for Plaintiffs

**OF COUNSEL:**
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.:     (205) 314-0500
Facsimile No.:     (205) 254-1500