IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHONTES BUCHANAN and <br> VERONICA TRIMBLE, <br> <br> Plaintiffs, <br> v. <br> <br> SL AMERICA CORP., <br> SL ALABAMA, LLC, and <br> LEE STAFFING, INC., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CASE NO. 3:11-CV-283-WKW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

Based upon the Stipulation of Amount of Fees, Expenses and Costs (Doc. # 37), it is ORDERED that costs and attorney's fees in the amount of $20,000 are awarded to Plaintiffs and against Defendants SL Alabama LLC and Lee Staffing, Inc.

DONE this 2nd day of April, 2012.

                                              /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE